THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| RAIN GUTTER PROS, LLC, a Washington limited liability company, | Case No. 2:14-cv-00458-RSM |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| MGP MANUFACTURING, LLC, a New Jersey limited liability company, | |
| Defendant/Counter Plaintiff | |
| v. | |
| RAIN GUTTER PROS, LLC, a Washington limited liability company, KYLE HAWES, individually, and BENJAMIN HAWES, individually, | |
| Counter Defendants. | |
| BENJAMIN HAWES, an individual, and KYLE HAWES, an individual, | |
| Counter-Counter Plaintiffs | |
| v. | |
| MGP MANUFACTURING, LLC, a New Jersey limited liability company, | |
| Counter-Counter Defendants. | |

STIPULATION OF DISMISSAL: CASE NO. 2:14-CV-00458-RSM - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128532\203246\NFA\17906882.1

# **STIPULATION OF DISMISSAL**

Rain Gutter Pros, LLC, Benjamin Hawes and Kyle Hawes (collectively "RGP") and MGP Manufacturing, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Settlement and License Agreement, hereby stipulate to the dismissal of this action and all claims and counterclaims made by the parties in this action with prejudice. Each party agrees to bear its own attorney's fees and costs.

Dated this 30th day of March, 2016.

| SCHWABE, WILLIAMSON & WYATT, P.C. | FELDMAN GALE, P.A. |
|---|---|
| *s/ Nicholas F. Aldrich* | *s/ Javier Sobrado* |
| Nicholas F. Aldrich, Jr., WSBA #48473<br>Email: naldrich@schwabe.com<br>David W. Axelrod, *pro hac vice*<br>Email: daxelrod@schwabe.com<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>Tel: (503) 222-9981<br>Fax: (503) 796-2900<br><br>Matthew Turetsky, WSBA # 23611<br>Email: mturetsky@schwabe.com<br>Kyler Danielson, WSBA #48344<br>Email: kdanielson@schwabe.com<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>Tel: (206) 622-1711<br>Fax: (206) 292-0460<br><br>*Attorneys for Rain Gutter Pros, LLC and Benjamin Hawes and Kyle Hawes* | James A. Gale, *Admitted Pro Hac Vice*<br>Email: jgale@feldmangale.com<br>Rafael A. Perez-Pineiro, *Admitted Pro Hac Vice*<br>Email: rperez@feldmangale.com<br>Javier Sobrado, *Admitted Pro Hac Vice*<br>Email: jsobrado@feldmangale.com<br>One Biscayne Tower, 30th Floor<br>2 South Biscayne Blvd.<br>Miami, FL 33131<br>Tel: (305) 358-5001<br><br>Paul T. Meiklejohn, WSBA #17477<br>Email: meiklejohn.paul@dorsey.com<br>Ryan B. Meyer, WSBA #37832<br>Email: meyer.ryan@dorsey.com<br>DORSEY & WHITNEY (WA)<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>Tel: (206) 903-8746<br><br>*Attorneys for Defendant/Counter Plaintiff, MGP Manufacturing, LLC* |

STIPULATION OF DISMISSAL: CASE NO. 2:14-CV-00458-RSM - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128532\203246\NFA\17906882.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, I caused to be served the foregoing STIPULATION OF DISMISSAL on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

>James A. Gale, *Admitted Pro Hac Vice*
>Rafael A. Perez-Pineiro, *Admitted Pro Hac Vice*
>Javier Sobrado, *Admitted Pro Hac Vice*
>Feldman Gale, P.A.
>One Biscayne Tower, 30th Floor
>2 South Biscayne Blvd.
>Miami, FL 33131
>Tel: (305) 358-5001
>Email: jgale@feldmangale.com
>       rperez@feldmangale.com
>       jsobrado@feldmangale.com
>
>Paul T. Meiklejohn, WSBA #17477
>Ryan B. Meyer, WSBA #37832
>Dorsey & Whitney (WA)
>701 Fifth Avenue, Suite 6100
>Seattle, WA 98104
>Tel: (206) 903-8746
>Email: meiklejohn.paul@dorsey.com
>       meyer.ryan@dorsey.com

*Attorneys for Defendant/Counter Plaintiff, MGP Manufacturing, LLC*

                                *s/ Nicholas F. Aldrich*
                                Nicholas F. Aldrich, WSBA # 48473

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981

PDX\128532\203246\NFA\17906882.1